In the Matter of the Claim of LING CHEN, Appellant, v REUTERS AMERICA HOLDINGS, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 10, 2015; decided September 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALMA CALDAVADO, Also Known as ALMA CALDERARO, Appellant.

Submitted September 14, 2015; decided September 17, 2015

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALMA CALDAVADO, Also Known as ALMA CALDERARO, Appellant.

Submitted September 14, 2015; decided September 17, 2015

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.